## Commonwealth *v.* Davis, Appellant.

Before DEFURIA, J.

Submitted September 8, 1975. *John Alden,* and *Groover & Alden,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dunn, Appellant.

Before DAVIS, J.

Submitted September 8, 1975. *Arthur K. Ridley,* and *Krawitz, Sigal & Ridley,* for appellant; *Harold A. Thomson, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Erhart, Appellant.

Before WILLIAMS, P. J.

Submitted September 8, 1975. *William H. Robinson, Jr.,* Public Defender, for appellant; *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Erhart, Appellant.

Before PALMER, P. J.